**LOPEZ, BARK & SCHULZ LLP**
Harry J. Schulz, III, Esq. (SBN 205625)
 *hschulz@lbslawyers.com*
Michael E. Lopez, Esq. (SBN 214937)
 *mlopez@lbslawyers.com*
Brian Z. Bark, Esq. (SBN 217514)
 *bbark@lbslawyers.com*
James P. Miller, Esq. (SBN 307189)
 *jmiller@lbslawyers.com*

300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
(949) 383-9585 phone
(714) 242-1544 fax

Attorneys for Plaintiff,
Centaurus Financial, Inc.

JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CENTAURUS FINANCIAL, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK, a New York Corporation,<br><br>  Defendant. | Case No. 8:21-cv-01902-JVS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 18, 2021<br>Trial Date: None Set |

Upon review of the Joint Stipulation For Dismissal With Prejudice, **IT IS HEREBY ORDERED** that: (a) the action is hereby dismissed **WITH PREJUDICE** as to all claims; (b) no award of attorneys' fees or costs, or of expert fees or costs is made in favor of either Plaintiff Centaurus Financial, Inc. ("Centaurus" or "Plaintiff") or Defendant Homeland Insurance Company of New York ("Homeland") in this matter; and (c) the Court shall retain continuing exclusive jurisdiction to enforce the terms of the Confidential Settlement Agreement And Release.

**IT IS SO ORDERED.**

Dated: January 28, 2022

_____
Hon. James V. Selna